JEFFREY A. SMITH, ESQ.
Colorado Bar No. 31038
*Motion for Permission to Practice*
*Pro Hac Vice and Designation of*
*Local Counsel Pursuant to*
*LR IA 10-2 Pending*
**SMITH BYERS LLC**
5480 Valmont Rd., Suite #200
Boulder, Colorado 80301
Telephone:  (303) 541-1565
Facsimile:   (303) 223-2819
E-Mail:      *jeff@smithbyerslaw.com*

ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No.  11902
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada  89144
Telephone:  (702) 804-0706
Facsimile:   (702) 804-0798
E-Mail:      *aspringel@springelfink.com*
             *marata@springelfink.com*

*Attorneys for Defendant*
*INFONOW CORPORATION dba*
*CHANNELINSIGHT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NAHUM RAND,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL PATSALOS-FOX; PAUL BARTLETT; MICHAEL PATTERSON; TIM CONNOR; RHO VENTURES; VEDANTA CAPITAL LP; SEQUEL VENTURE PARTNERS; INFONOW CORPORATION dba CHANNELINSIGHT; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>          Defendants. | Case No.: 2:15-cv-01510-RFB-GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL PATSALOS-FOX, MICHAEL PATTERSON, VEDANTA CAPITAL, LP AND PAUL BARTLETT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [1-1]**<br><br>**(First Request)** |

Defendant INFONOW CORPORATION dba CHANNELINSIGHT ("InfoNow") and Plaintiff NAHUM RAND, by and through their counsel of records, hereby stipulate to allow Defendants Michael Patsalos-Fox, Michael Patterson, Vedanta Capital, LP and Paul Bartlett (collectively, "Defendants") an extension of time to file their responses to Plaintiff's First Amended Complaint. In furtherance of the Stipulation, Defendants state as follows:

1. Defendants' response to the First Amended Complaint is due on Tuesday, August 25, 2015.

2. Due to the press of business of Defendants' lead counsel and other pre-existing obligations, Defendants require an additional 15 days, up to and including September 9, 2015 in which to file their response to the First Amended Complaint.

3. Additionally, because Defendants believe there are threshold personal jurisdictional questions raised by the First Amended Complaint, counsel for the parties are discussing ways to resolve jurisdictional concerns and avoid burdening the Court with unnecessary motions. However, the parties need additional time to work through these discussions.

4. Plaintiff's counsel, Erik W. Fox, has stipulated to the requested extension of time.

5. This is the <u>first</u> extension of time sought by Defendants.

6. The requested extension will not prejudice the parties, especially since not all defendants have been served, nor will the requested extension prejudice the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    WHEREFORE, for the foregoing reasons, InfoNow and Plaintiff respectfully requests that the Court accept this Stipulation and extend the time for Defendants to respond to the First Amended Complaint to September 9, 2015.

DATED this 20th day of August, 2015.

| /s/ Jeffrey A. Smith | /s/ Adam H. Springel |
|---|---|
| JEFFREY A. SMITH, ESQ. | ADAM H. SPRINGEL, ESQ. |
| Colorado Bar No. 31038 | Nevada Bar No. 7187 |
| *Motion for Permission to Practice Pro Hac Vice and Designation of Local Counsel Pursuant to LR IA 10-2 Pending* | MICHAEL A. ARATA, ESQ. Nevada Bar No. 11902 |
| **SMITH BYERS LLC** | **SPRINGEL & FINK LLP** |
| 5480 Valmont Rd., Suite #200 | 10655 Park Run Drive, Ste. 275 |
| Boulder, Colorado 80301 | Las Vegas, Nevada  89144 |
| Telephone:  (303) 541-1565 | Telephone:  (702) 804-0706 |
| E-Mail: *jeff@smithbyerslaw.com* | E-Mail:  *aspringel@springelfink.com* |
| *Attorney for Defendant INFONOW CORPORATION dba CHANNELINSIGHT* | *marata@springelfink.com* |
|  | *Attorneys for Defendant INFONOW CORPORATION dba CHANNELINSIGHT* |

/s/ Erik W. Fox
ERIK W. FOX, ESQ.
Nevada Bar No. 8804
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, NV  89145
Telephone:  (702) 382-0711
E-Mail: *efox@maclaw.com*
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

{N0146383;1}    -3-

**CERTIFICATE OF SERVICE**

 Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Springel & Fink LLP and that on this 20th day of August, 2015, I caused a correct copy of the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL PATSALOS-FOX, MICHAEL PATTERSON, VEDANTA CAPITAL, LP AND PAUL BARTLETT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [1-1] (First Request)** to be served via CM/ECF to:

Erik W. Fox, Esq.
efox@maclaw.com
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, NV  89145
Telephone (702) 382-0711
Facsimile (702) 382-5816
*Attorney for Plaintiff*

              /s/ Erin L. Wood
              An employee of Springel & Fink LLP

{N0146383;1}   -4-