JEFFREY A. SMITH, ESQ.
Colorado Bar No. 31038
*Motion for Permission to Practice Pro Hac Vice and Designation of Local Counsel Pursuant to LR IA 10-2 Pending*
**SMITH BYERS LLC**
5480 Valmont Rd., Suite #200
Boulder, Colorado 80301
Telephone: (303) 541-1565
Facsimile: (303) 223-2819
E-Mail: *jeff@smithbyerslaw.com*

ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*

*Attorneys for Defendant INFONOW CORPORATION dba CHANNELINSIGHT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NAHUM RAND,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PATSALOS-FOX; PAUL BARTLETT; MICHAEL PATTERSON; TIM CONNOR; RHO VENTURES; VEDANTA CAPITAL LP; SEQUEL VENTURE PARTNERS; INFONOW CORPORATION dba CHANNELINSIGHT; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01510-RFB-GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL PATSALOS-FOX, MICHAEL PATTERSON AND VEDANTA CAPITAL, LP TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [1-1]**<br><br>**(Second Request)** |

Defendant INFONOW CORPORATION dba CHANNELINSIGHT ("InfoNow") and Plaintiff NAHUM RAND, by and through their counsel of records, hereby stipulate to allow Defendants Michael Patsalos-Fox, Michael Patterson and Vedanta Capital, LP (collectively, "Defendants") an extension of time to file their responses to Plaintiff's First Amended Complaint [Dkt. 1-1]. In furtherance of the Stipulation, Defendants state as follows:

1. Defendants' response to the First Amended Complaint is due on Tuesday, August 25, 2015.

2. On August 20, 2015, Defendants filed their First Stipulated Extension of Time to Respond to the First Amended Compliant [Dkt. 7] ("First Extension"), which the Court approved on August 24, 2015 [Dkt. 9].

3. One of the main reasons for the First Extension was to allow the parties to address personal jurisdiction issues and avoid burdening the Court and the parties with unnecessary motions to dismiss for lack of personal jurisdiction.

4. To resolve the personal jurisdiction issue, the parties agreed to transfer this case to the District of Colorado, where Defendant would be subject to personal jurisdiction. On August 31, 2015, the parties filed their Joint Stipulation and Order to Transfer Case to the District of Colorado Pursuant to 28 U.S.C. § 1404 [Dkt. 10] ("Joint Stipulation to Transfer Venue to Colorado").

5. The Court has not yet taken action on the Joint Stipulation to Transfer Venue to Colorado. The parties, therefore, have stipulated to a second extension of time to allow Defendants fourteen days following the Court's action on the Joint Stipulation to Transfer Venue to Colorado to respond to the First Amended Complaint.

6. Plaintiff's counsel, Erik W. Fox, has stipulated to the requested extension of time.

7. This is the <u>second</u> extension of time sought by Defendants.

/ / /

/ / /

/ / /

/ / /

8. The requested extension will not prejudice the Court since the extension will avoid requiring Defendants to file unnecessary motions to dismiss for lack of personal jurisdiction. On the other hand, Defendants would be severely prejudiced if required to spend thousands of dollars on motions that are moot in light of the Joint Stipulation to Transfer Venue to Colorado. Plaintiff also would be prejudiced in having to spend equal amounts of money and time in responding to moot motions.[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Defendants also have Fed.R.Civ.P. 12(b)(6) motions to dismiss and they would suffer additional prejudice if they have to file those motions prior to the Court acting on the Joint Stipulation to Transfer Venue to Colorado because, if the Court were to deny the requested transfer, Defendants would be in a situation where they could be deemed to have waived a motion to dismiss under Fed.R.Civ.P. 12(b)(2).

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court accept this Stipulation and extend the time for Defendants to respond to the First Amended Complaint to fourteen (14) days after the Court takes action on the Joint Stipulation to Transfer Venue to Colorado.

DATED this 9th day of September, 2015.

/s/ Jeffrey A. Smith
JEFFREY A. SMITH, ESQ.
Colorado Bar No. 31038
*Motion for Permission to Practice Pro Hac Vice and Designation of Local Counsel Pursuant to LR IA 10-2 Pending*
**SMITH BYERS LLC**
5480 Valmont Rd., Suite #200
Boulder, Colorado 80301
Telephone: (303) 541-1565
E-Mail: *jeff@smithbyerslaw.com*
*Attorney for Defendant INFONOW CORPORATION dba CHANNELINSIGHT*

/s/ Erik W. Fox
ERIK W. FOX, ESQ.
Nevada Bar No. 8804
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
E-Mail: *efox@maclaw.com*
*Attorney for Plaintiff*

/s/ Adam H. Springel
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Ste. 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*
*Attorneys for Defendant INFONOW CORPORATION dba CHANNELINSIGHT*

IT IS SO ORDERED.

Dated: September 10, 2015

GEORGE FOLEY, JR.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Springel & Fink LLP and that on this 9th day of September, 2015, I caused a correct copy of the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL PATSALOS-FOX, MICHAEL PATTERSON AND VEDANTA CAPITAL, LP TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [1-1] (Second Request)** to be served via CM/ECF to:

Erik W. Fox, Esq.
efox@maclaw.com
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone (702) 382-0711
Facsimile (702) 382-5816
*Attorney for Plaintiff*

/s/ Erin L. Wood
An employee of Springel & Fink LLP