**Marquis Aurbach Coffing**
Erik W. Fox, Esq.
Nevada Bar No. 8804
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
efox@maclaw.com
  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAHUM RAND,<br><br>                        Plaintiff,<br><br>        vs.<br><br>MICHAEL PATSALOS-FOX; PAUL BARTLETT; MICHAEL PATTERSON; TIM CONNOR; RHO VENTURES; VEDANTA CAPITAL LP; SEQUEL VENTURE PARTNERS; INFONOW CORPORATION dba CHANNELINSIGHT; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                        Defendants. | Case No.:   2:15-cv-01510-RFB-GWF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Nahum Rand, through his undersigned counsel of record, hereby dismisses the above-captioned case with prejudice, with each party to bears its own attorney fees and costs.

Dated this 20th day of November, 2015.

                                                MARQUIS AURBACH COFFING


                                                By      /s/ Erik W. Fox
                                                    Erik W. Fox, Esq.
                                                    Nevada Bar No. 8804
                                                    10001 Park Run Drive
                                                    Las Vegas, Nevada  89145
                                                    Attorney for Plaintiff

MAC:13943-001 2661502_2 11/20/2015 1:14 PM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the above-captioned case be dismissed with prejudice on the 4th day of December, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

MAC:13943-001 2661502_2 11/20/2015 1:14 PM